IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OSSIE LUCY,
     Plaintiff,

vs.                         Case No. 3:12cv200/LC/CJK

WARDEN TIFFT, et al.,
     Defendants.

_____

## REPORT AND RECOMMENDATION

     This prisoner civil rights case is before the court upon plaintiff's motion for voluntary dismissal.  (Doc. 6).  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action should be dismissed.

     Accordingly, it is respectfully RECOMMENDED:

     1.  That plaintiff's motion for voluntary dismissal (doc. 6) be GRANTED.

     2.  That plaintiff's pending motion to proceed *in forma pauperis* (doc. 2) be DENIED as moot.

     3.  That this case be DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(i), and the clerk be directed to close the file.

     At Pensacola, Florida, this 24th day of July, 2012.

*/s/ Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).